# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA JAMES MOORE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 20-1892** |
| **APRIL TOMLIN, ET AL** | **SECTION: "B"(5)** |

## ORDER AND REASONS

Considering the record and applicable law, **IT IS ORDERED** that:

(1) Petitioner's objections (Record Document No. 24) to the Magistrate Judge's Report and Recommendation are **DISMISSED**;

(2) The Magistrate Judge's Report and Recommendation (Record Document No. 23) are **AFFIRMED** and **ADOPTED** as the opinion of the Court and;

(3) The instant §1983 petition is thereby **DISMISSED**.

New Orleans, Louisiana, this 22nd day of March, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE